**Charles JACOBS, Appellant,**

v.

**UNITED STATES, Appellee.**

No. 00–CF–1648.

District of Columbia Court of Appeals.

Oct. 20, 2005.

Before: TERRY, and FARRELL, Associate Judges; BELSON, Senior Judge.

### ORDER

PER CURIAM.

On consideration of *pro se* appellant's letter requesting relief, construed as a motion to reissue judgment, it is

ORDERED that the motion to reissue judgment is granted. The mandate issued on January 12, 2005, is hereby recalled and the opinion and judgment of November 10,

2004 (reported at 861 A.2d 15), is hereby vacated, to be reissued this date.